# O'NEILL / HASSEN

## MEMORANDUM ENDORSED

Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020

December 17, 2020

VIA ECF
Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *United States v. Lorry Gonzalez,* 20 cr. 425 (GHW)

Dear Judge Woods:

    I am writing to request that the Court modify the conditions of Ms. Gonzalez's bail. We are first requesting that her ankle bracelet be removed. As the Court is aware, Ms. Gonzalez is a single mom to a severely autistic child and the location monitoring device can be a hinderance to her basic tasks. Ms. Gonzalez also request the Courts permission to go on two separate day trips to visit her sisters in Pennsylvania during the next two weeks. She would coordinate these trips with probation and abide by all COVID-19 restrictions. The government consents to both of these modifications.

    I thank the Court in advances for its consideration of this request and hope all parties are safe and healthy during this holiday season and beyond.

Application granted in part and denied in part. Defendant's request to remove her ankle bracelet is denied. Ms. Gonzalez may take two separate day trips to visit her sisters in Pennsylvania. Ms. Gonzalez is directed to inform her pretrial services officer when she departs for, and returns from, each of those two day trips.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED
December 18, 2020

cc: al

_____
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Lorry Gonzalez*

1 / P (646) 808-0997     4 / www.oandh.net
2 / F (212) 203-1858     5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net    6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B19 82FA