# O'NEILL / HASSEN

Attorneys at Law

## MEMORANDUM ENDORSED

February 2, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/21
```

<u>VIA ECF and Email</u>
Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *United States v. Lorry Gonzalez,* 20 Cr. 425 (GHW)

Dear Judge Woods:

I represent Ms. Gonzalez in the above-captioned matter. I am writing to request that the Court order a temporary modification of Ms. Gonzalez's bond. I have spoken with Probation Officer Wayne Webb and he has no objection to this request.

Ms. Gonzalez is scheduled for surgery on February 25, 2021. She will need her ankle bracelet removed prior to the surgery. Officer Webb will coordinate plans to have the ankle bracelet removed and put back on after the surgery.

I thank the Court in advance for its attention to this matter.

Kind regards,

/s/

Grainne E. O'Neill

cc: all parties (VIA ECF)

Application granted. The conditions of Ms. Gonzalez's pre-trial release are modified as follows: Ms. Gonzalez's ankle bracelet may be removed to permit the surgery described in this letter. The bracelet must be restored promptly following completion of the surgery. All other conditions of the defendant's pretrial release remain in effect.
SO ORDERED.
February 2, 2021

_____
GREGORY H. WOODS
United States District Judge

1 / P (646) 808-0997    4 / www.oandh.net
2 / F (212) 203-1858    5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net   6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA