**O'NEILL / HASSEN**  Attorneys at Law

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 2/11/2021

# MEMORANDUM ENDORSED

February 11, 2021

<u>VIA ECF and Email</u>  
Honorable Gregory H. Woods  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

        RE: *United States v. Lorry Gonzalez,* 20 Cr. 425 (GHW)

Dear Judge Woods:

    I write to ask that Ms. Gonzalez' bail be modified to allow her to visit her sister in Pennsylvania this Saturday, February 13, 2021. She will return the same day. Both Ms. Gonzalez and her sister have been observing all CDC Covid-19 guidelines. If permitted, Ms. Gonzalez will bring her minor son to visit with her sister in her home. I have spoken with AUSA Jacob Warren who consents to this day trip.

    Ms. Gonzalez's sister's name is Denise Igartua and her address is 50 Hammels Ct; Willow Street, PA.

    I thank the Court for its attention to this matter.

                          Respectfully submitted,

                          /s

                          Grainne E. O'Neill

Application granted. The conditions of Ms. Gonzalez's supervised release are modified as follows: Ms. Gonzalez may travel to, and return from, her sister's home in Pennsylvania on February 13, 2021. Ms. Gonzalez must travel directly to, and return directly from, that home on that date. No deviations are permitted. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 25

SO ORDERED.  
February 11, 2021      _____  
                               GREGORY H. WOODS  
                              United States District Judge

**1 /** P (646) 808-0997    **4 /** www.oandh.net  
**2 /** F (212) 203-1858    **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217  
**3 /** grainne@oandh.net    **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA