March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Lorry Gonzalez     ,

          Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR-425 (GHW) (__)

Defendant __Lorry Gonzalez_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

_X_   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

_____           _____
Defendant's Signature                                      Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Lorry Gonzalez**                            **Grainne E. O'Neill**
Print Defendant's Name                          Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

February 16, 2021                                _____
_____                                U.S. District Judge/U.S. Magistrate Judge
Date