**O'NEILL / HASSEN**  Attorneys at Law

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021
```

# MEMORANDUM ENDORSED            April 20, 2021

<u>VIA ECF and Email</u>
Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

        RE: *United States v. Lorry Gonzalez,* 20 Cr. 425 (GHW)

Dear Judge Woods:

    I am writing to request that the Court modify Ms. Gonzalez's bail to allow her to move to a new apartment. The new apartment is in the same complex as her current apartment in Cherry Hill, NJ.

    I appreciate the Court's attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

---

Application denied without prejudice.  First, counsel is directed to specify the condition of Mr. Gonzalez's release that requires modification.  To the extent that evaluation leads counsel to conclude that no Court intervention is necessary, counsel need not renew the request.  Second, to the extent that a modification of the defendant's release conditions is requested by the defendant, the defendant is directed to include in her request to the Court a statement stating the position of both her supervising officer and the United States Attorney's Office regarding the request.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 34.

SO ORDERED.
Dated:  April 20, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

---

**1 /** P (646) 808-0997    **4 /** www.oandh.net
**2 /** F (212) 203-1858    **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net   **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA