O'NEILL / HASSEN

Attorneys at Law

**MEMORANDUM ENDORSED**

July 2, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2021

<u>VIA ECF and Email</u>
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE: *United States v. Lorry Gonzalez,* 20 Cr. 425 (GHW)

Dear Judge Woods:

  I represent Lorry Gonzalez in the above-captioned matter. I am writing to request permission for Ms. Gonzalez to visit with her stepsister, Denise Igartua for the July 4th holiday this weekend, on the 3rd and the 4th of July. I reached out to the government and probation earlier today but have not heard back. I apologize for the hurried request. Ms. Gonzalez would like to spend some time with family over the holiday weekend. She remains fully compliant with her bail. If permitted she will spend the two days at her stepsister's house, 50 Hammels Court; Willow Street PA. If permitted, we request that the visit be coordinated with probation.

  I thank the Court for its consideration of this request.

          Respectfully submitted,

          /s/

          Grainne E. O'Neill

Application denied without prejudice. An application of this type should be made at least two business days in advance and should be prepared with the views of the United States Attorney's Office and the probation office. The defendant may renew the application with the position of the United States and the probation department. If the Court is able to respond to the application timely, it will. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 40.

SO ORDERED.
Dated: July 2, 2021
New York, New York

      GREGORY H. WOODS
      United States District Judge

1 / P (646) 808-0997   4 / www.oandh.net
2 / F (212) 203-1858   5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net   6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA