# O'NEILL / HASSEN

Attorneys at Law

**MEMORANDUM ENDORSED**          July 2, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2021

<u>VIA ECF and Email</u>
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Lorry Gonzalez,* 20 Cr. 425 (GHW)

Dear Judge Woods:

    I represent Lorry Gonzalez in the above-captioned matter. I am writing to update my request for permission for Ms. Gonzalez to spend the weekend at her sister's house in Pennsylvania. The government, via AUSA Jacob Warren, consents to this request and the New Jersey Pretrial Office, via Officer Wayne Webb, has no objection to this request. If permitted, we request that the visit be coordinated with probation.

    I thank the Court for its consideration of this request and apologize for the tardy submission.

                                  Respectfully submitted,

                                    /s/

                                  Grainne E. O'Neill

Application granted. The conditions of Ms. Gonzalez's supervised release are modified as follows: Ms. Gonzalez may travel to her sister's home in Pennsylvania on July 3, 2021; she must return on July 4, 2021. Ms. Gonzalez must travel directly to, and return directly from, that home on that date. No deviations are permitted.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 42.
SO ORDERED.
Dated: July 2, 2021
New York, New York

                      GREGORY H. WOODS
                      United States District Judge

1 / P (646) 808-0997          4 / www.oandh.net
2 / F (212) 203-1858          5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net         6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA